**Order filed, March 18, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

## NO. 01-15-00097-CV

**EVA CAMBY AND TERENITA BOUDREAUX, Appellant**

**V.**

**SOCA FUNDING, LLC AS ASSIGNEE OF PEARLAND GROUND, LLC BY CBL & ASSOCIATES MANAGEMENT INC. MANAGING AGENT, Appellee**

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Case 64613**

---

## ORDER

The reporter's record in this case was due March 9, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Robin Rios, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.


/s/  Jane Bland
    Acting individually